**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WUMEI LIN,<br><br>       Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS,<br>LIMITED LIABILITY COMPANIES,<br>PARTNERSHIPS AND UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED IN SCHEDULE<br>"A" HERETO,<br><br>       Defendants. | **Case No. 1:26-cv-01581**<br><br><br>**Honorable Matthew F. Kennelly** |

## DEFAULT JUDGMENT ORDER

This action having been commenced by Plaintiff Wumei Lin ("PLAINTIFF") against the Defendants, THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" [1-2], and using the Defendants' Domain Names and Online Marketplace Accounts identified on Exhibit 2 of Plaintiff's Complaint [1-2] ("Defendants' Internet Stores"), and PLAINTIFF having moved for entry of Default and Default Judgment against the Defendants ("Defaulting Defendants");

PLAINTIFF having properly completed service of process on Defaulting Defendants, the combination of providing notice via e-mail and electronic publication, along with any notice that Defaulting Defendants received from third party platforms and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants have not answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

1.  This Court finds that, by virtue of its default, Defaulting Defendants have sold products using infringing and unlicensed versions of PLAINTIFF's federally registered copyright VA0002432929. (the "PLAINTIFF Copyright")

This Court further finds that Defaulting Defendants are liable for federal copyright infringement (17 U.S.C. § 504(c)(1), enhanced for willful copyright infringement (17 U.S.C. § 504(c)(2)).

Accordingly, this Court orders that PLAINTIFF's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1.  Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. Using or displaying the PLAINTIFF'S Copyright, in any medium, whether it be print, digital or otherwise, in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine PLAINTIFF product or is not authorized by PLAINTIFF to be sold in connection with the PLAINTIFF'S Copyright;

    b. passing off, inducing, or enabling others to sell or pass off any product through the use or display of the PLAINTIFF'S Copyright;

2

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of PLAINTIFF, or are sponsored by, approved by, or otherwise connected with PLAINTIFF; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products not authorized by PLAINTIFF to be sold or offered for sale through the use or display of the Plaintiff's Copyright.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace accounts that are being used to sell or are the means by which Defaulting Defendants could continue to sell infringing goods using the PLAINTIFF Copyright; and

    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product using the PLAINTIFF Copyright or any reproductions, counterfeit copies or colorable

imitations thereof that is not a genuine PLAINTIFF product or not authorized by PLAINTIFF to be sold in connection with the PLAINTIFF Copyright.

3. Upon PLAINTIFF'S's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of products and infringing goods using the PLAINTIFF Copyright.

4. Pursuant to 17 U.S.C. § 504(c)(2), Plaintiff is awarded statutory damages from the Defaulting Defendants, which includes enhanced penalty for the willful infringement of the Copyright Protected Photographs as set forth below:

| Seller's Name and Amazon Seller ID | Statutory Award Amount Inclusive of Willfulness |
|---|---|
| LIYAWEI ARAUB4YLXIN2L | $15,000 |
| HOU JIN LAN AFC9WSPN9GW6J | $15,000 |
| Yesai Fashion Clothes A1G0CIJYBNMBAJ | $15,000 |
| SUANKEJI A2E82YELNSMAV5 | $15,000 |
| LIYUANUSA A2I7FK68XDKO1C | $15,000 |
| Wkishenl Online Shopping A37K38NE6J7BND | $15,000 |
| Shengsospp A1PUGWMW0C7YLW | $15,000 |

| Seller's Name and Amazon Seller ID | Statutory Award Amount Inclusive of Willfulness |
|---|---|
| miaokeer AZ917DZOH18UD | **$15,000** |

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendants' Internet Stores from transferring or disposing of any funds (up to the enhanced statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies, if any, (up to the amount of the enhanced statutory damages awarded in Paragraph 4 above), currently or in the future, restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to PLAINTIFF as partial payment of the above-identified damages, and Third Party Providers, such as Amazon, Temu, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to PLAINTIFF the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until PLAINTIFF has recovered full payment of monies owed to it by any Defaulting Defendants, PLAINTIFF shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that PLAINTIFF identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, PLAINTIFF may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 1 to the Declaration of Katherine M. Kuhn and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The Nine-Thousand-dollar ($9,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Bayramoglu Law Offices LLC, 1540 West Warm Springs Road Ste. 100, Henderson, NV 89014. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to the Plaintiff or its counsel.

This is a Default Judgment.

DATED: 4/8/2026

**Honorable Matthew F. Kennelly**
UNITED STATES DISTRICT JUDGE